**Order No. 96–45**
**December 5, 1996**

| | | |
|---|---|---|
| 19611 | State v. Metzger | Vacated· |

**Order No. 96–46**
**December 17, 1996**

| | | |
|---|---|---|
| 19631 | State v. Caron | · Vacated |

**Order No. 96–47**
**December 17, 1996**

| | | |
|---|---|---|
| 19713 | Chang v. Ayabe;  Kromm v. Ayabe | Affirmed |

**Order No. 96–48**
**December 17, 1996**

| | | |
|---|---|---|
| 15946 | Free Market Compensation v. Walsh | Affirmed |
| 18195 | Dayton v. Budget | Affirmed |
| 18978 | Okuno v. Administrative Director | Affirmed |
| 19509 | State v. Ramirez | Affirmed |
| 19790 | State v. Bernades | Affirmed |

**Order No. 96–49**
**December 17, 1996**

| | | |
|---|---|---|
| 18747, 18748, 18749, 18750 | State v. Kieu;  State v. Trang;  State v. Luong;  State v. Phan | Affirmed in part, vacated in part |

**Order No. 96–50**
**December 18, 1996**

| | | |
|---|---|---|
| 19369 | State v. Breen | Vacated |